1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                    No. 2:24-cv-01558-JAM-CSK
     IN RE:  STEVEN WAYNE BONILLA
12                                                    No. 2:24-cv-01559-JAM-CSK

13                                                    No. 2:24-cv-01560-JAM-CSK

14                                                    No. 2:24-cv-01561-JAM-CSK

15                                                    No. 2:24-cv-01600-JAM-CSK

16                                                    No. 2:24-cv-01601-JAM-CSK

17                                                    No. 2:24-cv-01602-JAM-CSK

18                                                    No. 2:24-cv-01603-JAM-CSK

19                                                    No. 2:24-cv-01604-JAM-CSK

20                                                    No. 2:24-cv-01605-JAM-CSK

21

22

23

24                                                    **ORDER**

25

26

27          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

28   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

                                                  1

litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

the Court to open a new case for each attempted new pleading and assign it to the Court for

review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and

finds they are related to Plaintiff's Alameda County criminal conviction.[1]

Accordingly, IT IS HEREBY ORDERED that 2:24-cv-01558, 2:24-cv-01559, 2:24-cv-

01560, 2:24-cv-01561, 2:24-cv-01600, 2:24-cv-01601, 2:24-cv-01602, 2:24-cv-01603, 2:24-cv-

1604 and 2:24-cv-01605 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to close these

cases.  **No further filings will be accepted**.

Dated: June 13, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In the caption of 2:24-cv-01558, plaintiff names the Inyo County Superior Court.  In the caption of 2:24-cv-01560, plaintiff names the Tulare County Superior Court.  To the extent plaintiff intended to raise the claims raised in these cases in the United States District Court for the Eastern District of California, this Court finds that the claims raised in 2:24-cv-01558 and 2:24-cv-01560 are related to Plaintiff's Alameda County criminal conviction.